UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00301-FDW-DCK

| KAREN MARIE BEARD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WALMART, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

On June 24, 2021, Pro Se Plaintiff Karen Marie Beard ("Plaintiff") filed this employment discrimination action, naming Walmart as the sole Defendant. [Doc. 1]. Plaintiff fails to allege any basis for this Court's jurisdiction and makes no allegations against Defendant or any claim for relief. [See Doc. 1 at 3, 5]. Plaintiff alleges only that Walmart engaged in discriminatory conduct in the form of termination of her employment and retaliation on the basis of race. [Id. at 4].

On July 19, 2021, the Court addressed Plaintiff's motion to proceed in forma pauperis. [Doc. 3]. Finding Plaintiff's motion incomplete and not completed as directed, the Court ordered that Plaintiff had 14 days to either submit an Amended Application or to pay the $402.00 filing file. [Id.]. The Court further ordered that, should Plaintiff fail to either timely pay the fee or submit an Amended Application, this action would be dismissed without prejudice. [Id.]. Plaintiff has failed to comply with the Court's Order. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: August 20, 2021

Frank D. Whitney
United States District Judge